ORIGINAL FILED
BY ECF

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 14 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN KAISER,
also known as "Jack" and
"JackJack480@hotmail.com,"

    Defendant.

- - - - - - - - - - - - - - - - -X

Cr. No. 09-0257

(Spatt, J.)

### FINAL ORDER OF FORFEITURE

WHEREAS, on October 20, 2010, this Court entered an Amended Preliminary Order of Forfeiture (the "Amended Preliminary Order"), wherein the defendant JOHN KAISER (the "Defendant"), forfeited all of his right, title and interest in one Seagate Free Agent External Hard Drive, serial number 6QF0PRZR, seized from the Defendant on or about March 25, 2009 (the "External Hard Drive"), pursuant to 18 U.S.C. § 2253;

WHEREAS, legal notice of the Amended Preliminary Order of Forfeiture was published on an official government website, www.forfeiture.gov, beginning on November 9, 2011 through and including December 8, 2011; and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the External Hard Drive, and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1. All right, title and interest in the External Hard Drive is hereby forfeited to the United States, pursuant to 18 U.S.C. § 2253.

2. The Department of Homeland Security/Immigration Customs Enforcement (DHS/ICE) and all of its duly authorized agents and/or contractors are hereby authorized to dispose of the External Hard Drive in accordance with all laws and regulations.

3. The United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing this Order and any supplement orders of forfeiture.

4. The Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722, Attn: FSA Asset Forfeiture Paralegal Brian Gappa.

Dated: Central Islip, New York
February 14, 2012

/s/ Arthur D. Spatt
_____
HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE